CHAIN | COHN | STILES
Matthew C. Clark, Esq. (SBN 218784) | mclark@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388) | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone:    (661) 323-4000
Facsimile:    (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) | dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN; DOES 1 through 10,<br><br>　　　　　　Defendants. | CASE NO. 1:15-CV-00760-JAM-JLT<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

WHEREAS, the deadline to disclose expert witnesses in this matter is May 20, 2016.

///

-1-

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

1  WHEREAS, the deadline to disclose rebuttal expert witnesses in this matter is May 27, 2016.

3  WHEREAS, counsel for all parties agree that additional liability depositions are required to properly evaluate the liability issues in this matter and to form the expert opinions.

5  THEREFORE, IT IS HEREBY STIPULATED by the parties, by and through their attorneys of record that the scheduled date in this matter for the Rule 26 Designation of Expert Witnesses may be modified from May 20, 2016 to June 17, 2016, and the Rule 26 Designation of Supplemental Experts may be modified from May 27, 2016 to July 1, 2016.

9  The parties all understand and agree that the proposed new dates are subject to modification by the court.

DATED:     May 4, 2016                    CHAIN | COHN | STILES

                                          */s/ Neil K. Gehlawat*
                                     BY: _____
                                          Matthew C. Clark
                                          Neil K. Gehlawat
                                          Attorney for Plaintiff

DATED:     May 4, 2016                    THERESA A. GOLDNER, COUNTY COUNSEL

                                          */s/ Andrew C. Thomson*
                                     BY: _____
                                          Andrew C. Thomson, Deputy
                                          Attorney for Defendants, COUNTY OF KERN
                                          And Deputy Reed

**ORDER**

**IT IS SO ORDERED.**

DATED:  5/4/2016                          /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000