THERESA A. GOLDNER, COUNTY COUNSEL
By: ANDREW C. THOMSON, DEPUTY (SBN 149057)
    KATHLEEN RIVERA (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants County
of Kern and Deputy Reed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually;<br>      Plaintiffs,<br> vs.<br>COUNTY OF KERN; DOES 1 THROUGH 10;<br>      Defendants. | CASE NO. 1:15-CV-00760 JAM-JLT<br><br>STIPULATION FOR AN ORDER FOR DISCLOSURE OF AUTOPSY PHOTOGRAPHS<br><br><br><br><br><br><br><br><br><br><br><br>[ALL PARTIES REQUEST A JURY] |

  **COME NOW** the Parties in this matter, and present this Stipulation for an order for disclosure of autopsy photographs of the autopsy of Decedent David Garcia.

  Plaintiffs, D.G., a minor, by and through his guardian ad litem, Denise Bonilla; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla; G.D., a minor, by and through her guardian ad litem, Denise Bonilla; and Ramona Ramirez Nunez, (hereinafter collectively

"Plaintiffs") are Jointly represented by Matthew C. Clark and Neil K. Gehlawat of Chain-Cohn-Stiles, and Dale K. Galipo of the Law Offices of Dale K. Galipo.

Defendants, County of Kern (hereinafter "County") and Deputy Robert Reed (hereinafter "Reed"), (hereinafter collectively "Defendants") are represented by Andrew C. Thomson and Kathleen Rivera, Office of Kern County Counsel.

Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties, through their respective counsel of record, that an Order should issue as follows: a) to direct the Kern County Coroner's Office (hereinafter "Coroner") to disclose to the Parties a full and complete color set of the autopsy photographs of the January 27, 2015 autopsy of the body of David Garcia (hereinafter "Decedent"); and b) that the disclosed autopsy photographs of the autopsy of Decedent be subject to the Protective Order which has been previously approved by this Court in this matter and subject to the limitations set forth below.

1. Whereas, California Code of Civil Procedure § 129, provides as follows:

   Notwithstanding any other provision of law, no copy, reproduction, or facsimile of any kind shall be made of any photograph, negative, or print, including instant photographs and video recordings, of the body, or any portion of the body, of a deceased person, taken by or for the coroner at the scene of death or in the course of a post mortem examination or autopsy made by or caused to be made by the coroner, except for use in a criminal action or proceeding in this state that relates to the death of that person, or except as a court of this state permits, by order after good cause has been shown and after written notification of the request for the court order has been served, at least five days before the order is made, upon the district attorney of the county in which the post mortem examination or autopsy has been made or caused to be made.
   This section shall not apply to the making of such a copy, reproduction, or facsimile for use in the field of forensic pathology, for use in medical or scientific education or research, or for use by any law enforcement agency in this or any other state or the United States.
   This section shall apply to any such copy, reproduction, or facsimile, and to any such photograph, negative, or print, heretofore or hereafter made.

2. Whereas, the Coroner has refused to produce the autopsy photographs in the absence of a court order for disclosure under Code of Civil Procedure § 129;

\ \ \

3.  Whereas, the Parties are informed and believe that copies of the autopsy photographs are necessary for their full and complete preparation of this matter for trial;

4.  Whereas, the Parties believe that this stipulation and any resulting Court Order would be consistent with the requirements set forth in Code of Civil Procedure §129;

5.  Whereas, in addition to the protective order in place, the Parties agree to the following additional restrictions in order to comply with Code of Civil Procedure §129:

a)  The photographs shall not be copied or disseminated outside of the Parties' attorney's offices except for review by retained experts or a party to the action.
b)  The only people who shall be authorized to view the photographs will be the attorneys, the attorneys' office staff, retained experts and parties to the action.
c)  The photographs shall not be provided to the news media directly or indirectly without a specific order from the Court.
d)  The photographs shall only be utilized in connection with this litigation and for no other purpose;
e)  At the conclusion of the litigation, all autopsy photographs of decedent David Garcia that are produced, and any copies thereof, including exhibits to depositions, shall be destroyed or returned to the Office of Kern County Counsel.
f)  No counsel shall file with this court any autopsy photographs of decedent David Garcia either as an exhibit to a motion or otherwise unless the court has issued an order sealing such record.
g)  Any person or persons violating this order shall be subject to sanctions.

6.  The Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

The Court issue an Order directing the Coroner to issue to the Parties copies of the autopsy photographs of the autopsy of David Garcia;

The produced photographs are subject to the Court's prior protective order issued in this matter and are subject to the addition restrictions set forth above in 5a through 5g above.

Dated: June 9, 2016                         **CHAIN-COHN-STILES**


                                             By  /s/ Neil K. Gehlawat                     _
                                                Matthew C. Clark
                                                Neil K. Gehlawat
                                                Attorneys for Plaintiffs

---
STIPULATION FOR AN ORDER FOR DISCLOSURE OF AUTOPSY PHOTOGRAPHS
3

1 | Dated: June 10, 2016 **THERESA A. GOLDNER, COUNTY COUNSEL**

By  /s/ Andrew C. Thomson
Andrew C. Thomson, Deputy
Attorneys for Defendants County of
Kern and Deputy Reed

**IT IS SO ORDERED.**

Dated: June 13, 2016 /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

#22P4602.DOC

---

STIPULATION FOR AN ORDER FOR DISCLOSURE OF AUTOPSY PHOTOGRAPHS
4