**THERESA A. GOLDNER, COUNTY COUNSEL**
**By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants County of Kern and Deputy Reed**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually;<br>            Plaintiffs,<br>vs.<br>COUNTY OF KERN; DOES 1 THROUGH 10;<br>            Defendants. | CASE NO. 1:15-CV-00760 JAM-JLT<br><br>STIPULATION TO AMEND THE SCHEDULING ORDER TO EXTEND EXPERT DISCOVERY<br><br><br><br><br><br><br><br><br><br>[ALL PARTIES REQUEST A JURY] |

   **COME NOW** the Parties in this matter, and present this Stipulation for a Short Discovery Extension.

   Plaintiffs, D.G., a minor, by and through his guardian ad litem, Denise Bonilla; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla; G.D., a minor, by and through her guardian ad litem, Denise Bonilla; and Ramona Ramirez Nunez, (hereinafter collectively

\ \ \

1  "Plaintiffs") are jointly represented by Matthew C. Clark and Neil K. Gehlawat of Chain-
2  Cohn-Stiles, and Dale K. Galipo of the Law Offices of Dale K. Galipo.
3      Defendants, County of Kern (hereinafter "County") and Deputy Robert Reed
4  (hereinafter "Reed"), (hereinafter collectively "Defendants") are represented by Andrew C.
5  Thomson and Kathleen Rivera, Office of Kern County Counsel.
6      Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties."
7  **IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties, through
8  their respective counsel of record, that an Order be entered modifying the Scheduling Order as
9  follows: a) extend the Rule 26 Designation of Expert Witnesses to July 15, 2016; b) extend the
10  Rule 26 Designation of Supplemental Experts to July 22, 2016; c) extend the expert discovery
11  deadline to August 19, 2016; and d) maintaining the current "non-expert discovery" deadline
12  of July 15, 2016.
13      1.    Whereas, the Parties have repeatedly met and conferred regarding discovery and
14  expert witness discovery issues in an effort to informally resolve discovery and expert issues,
15  including deposition scheduling and designation concerns;
16      2.    Whereas, the Parties continue to schedule the depositions of witnesses including
17  the Coroner's Pathologist, the Kern County Sheriff's Office (hereinafter "KCSO") Public
18  Information Officer, the Investigator Technicians, the KCSO Persons Most Knowledgeable in
19  21 separate categories, and other witnesses in conformance with the deadlines established by
20  the Court in the Scheduling Order and Court's recent Order for a discovery extension, and with
21  deadline of July 15, 2016 for all discovery;
22      3.    Whereas, the Parties need deposition transcripts available for expert review and
23  consideration prior to the experts preparation of their FRCP Rule 26 Reports;
24      4.    Whereas, the Parties continue to diligently work together to coordinate
25  deposition scheduling and prompt transcript preparation;
26      5.    Whereas, in the spirit of civility, cooperation and good faith litigation, neither
27  party has unilaterally scheduled depositions that are in conflict with the schedule of opposing
28  counsel or the deponents;

6. Whereas, extension of the expert discovery deadlines are necessary as a result of the need to take the aforementioned depositions prior to designation of experts and to provide the experts the opportunity to review, analyze and consider the deposition testimony, the Parties are concerned that their experts will not have an opportunity to fully prepare expert reports.

7. Whereas, since the Parties would like to ensure that all experts have the opportunity to review, analyze and include all of the deposition information in their Rule 26 Expert Reports, the Parties request the following extensions:

a) Extend the Rule 26 Designation of Expert Witnesses to July 15, 2016;

b) Extend the Rule 26 Designation of Supplemental Experts to July 22, 2016;

c) Extend the "expert discovery" deadline to August 19, 2016; and,

d) Retain the non-expert discovery deadline as July 15, 2016.

8. Whereas, the Parties are informed and believe that the foregoing will not adversely affect the remainder of the dates set forth in the Scheduling Order, the Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

The Scheduling Order shall be amended to provide for the following deadlines extensions of two weeks:

a) Extend the Rule 26 Designation of Expert Witnesses to July 15, 2016;

b) Extend the Rule 26 Designation of Supplemental Experts to July 22, 2016;

c) Extend the "expert discovery" deadline to August 19, 2016; and,

d) Retain the non-expert discovery deadline as July 15, 2016.

Dated: June 9, 2016                                **CHAIN-COHN-STILES**


By   /s/ Neil K. Gehlawat
   Matthew C. Clark
   Neil K. Gehlawat
   Attorneys for Plaintiffs

Dated: June 10, 2016  **THERESA A. GOLDNER, COUNTY COUNSEL**

By /s/ Andrew C. Thomson
Andrew C. Thomson, Deputy
Attorneys for Defendants County of
Kern and Deputy Reed

**IT IS SO ORDERED.**

Dated: June 13, 2016  /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

22P4822