**THERESA A. GOLDNER, COUNTY COUNSEL**
By: ANDREW C. THOMSON, DEPUTY (SBN 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants County
of Kern and Deputy Reed

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually;<br>　　　　　　　Plaintiffs,<br>　vs.<br>COUNTY OF KERN; DOES 1 THROUGH 10;<br>　　　　　　　Defendants. | CASE NO. 1:15-CV-00760  JAM-JLT<br><br>STIPULATION TO ALLOW DEPOSITION OF EXPERTS KRIS MOHANDIE, Ph.D. AND SCOTT DE FOE BEYOND EXPERT DISCOVERY DEADLINE DUE TO UNCONTROLABLE CIRCUMSTANCES AND SCHEDULING ISSUES; ORDER<br><br><br><br><br>[ALL PARTIES REQUEST A JURY] |

　　　Plaintiffs, D.G., a minor, by and through his guardian ad litem, Denise Bonilla; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla; G.D., a minor, by and through her guardian ad litem, Denise Bonilla; and Ramona Ramirez Nunez, (hereinafter collectively "Plaintiffs") are jointly represented by Matthew C. Clark and Neil K. Gehlawat of Chain-Cohn-Stiles, and Dale K. Galipo of the Law Offices of Dale K. Galipo.

\ \ \

---

Stipulation To Allow Depositions of Experts Beyond Expert Discovery Deadline

1

1    Defendants, County of Kern (hereinafter "County") and Deputy Robert Reed
2 (hereinafter "Reed"), (hereinafter collectively "Defendants") are represented by Andrew C.
3 Thomson, Office of Kern County Counsel.

4    Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties."

5    **IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties,
6 through their respective counsel of record, that an Order be entered allowing Plaintiffs to take
7 the deposition of Defendants' expert witness Kris Mohandie, Ph.D. ABPP (hereinafter "Dr.
8 Mohandie"), and Defendants to take the deposition of Plaintiffs' expert Scott DeFoe (hereinafter
9 "DeFoe"), on dates which are later than the expert witness discovery deadline set forth in the
10 Scheduling Order and subsequent related Orders, but on or before September 16, 2016.

11 1.   The Parties have repeatedly met and conferred regarding expert witness discovery
12 matters in an effort to resolve expert discovery issues, including deposition scheduling.

13 2.   Other than Dr. Mohandie and DeFoe, the Parties have been able to schedule the
14 deposition of all other expert witnesses within the deadline established by the Court.

15 3.   Plaintiffs properly noticed the deposition of Defendants expert witness Psychologist Dr.
16 Mohandie, however as the result of a prescheduled trip to Europe and other business obligations,
17 along with attorney schedule conflicts, Dr. Mohandie's deposition has not been completed to date.

18 4.   Defendants properly noticed the deposition of Plaintiffs Police Practices expert witness
19 DeFoe, however as the result of trial testimony obligations and a scheduled vacation, along with
20 attorney schedule conflicts, DeFoe's deposition has not been completed to date.

21 5.   As a result of the schedules of Dr. Mohandie, DeFoe and counsel, their depositions
22 could not reasonably be rescheduled for a date earlier then August 19, 2016.

23 6.   In coordinating with the schedules of counsel, the Parties anticipate that counsel and
24 experts will be available and have deposition testimony taken no later than September 16, 2016.

25 7.   Nothing in this stipulation constitutes a waiver of any Parties' right to challenge the
26 designation of Dr. Mohandie and Mr. DeFoe as experts or to move to exclude any and all
27 testimony by Dr. Mohandie and Mr. DeFoe.

28 \ \ \

Stipulation To Allow Depositions of Experts Beyond Expert Discovery Deadline

8. The Parties do not believe that the requested continuance of the deposition testimony of Dr. Mohandie and DeFoe will have any adverse impact on the Court's Scheduling Orders.

9. The Parties believe that good cause for the continuance has been shown.

10. The Parties respectfully request the Court's consideration of this request.

**THEREFORE, IT IS HEREBY STIPULATED**:

The depositions of experts Kris Mohandie, Ph.D. ABPP and Scott DeFoe may be noticed for, and taken on dates which are later than the August 19, 2016 scheduled conclusion of expert witness discovery, but will be concluded on or before September 16, 2016.

Dated: August 23, 2016              **CHAIN-COHN-STILES**

                                    By /s/ Neil K. Gehlawat
                                       Matthew C. Clark
                                       Neil K. Gehlawat
                                       Attorneys for Plaintiffs


Dated: August 23, 2016              **THERESA A. GOLDNER, COUNTY COUNSEL**

                                    By /s/ Andrew C. Thomson
                                       Andrew C. Thomson, Deputy
                                       Attorneys for Defendants County of Kern
                                       and Deputy Reed


**ORDER**

Good cause appearing, the STIPULATION TO ALLOW DEPOSITION OF DEFENSE EXPERT KRIS MOHANDIE, Ph.D. ABPP AND SCOTT DEFOE BEYOND EXPERT DISCOVERY DEADLINE in CASE NO. 1:15-CV-00760 JAM-JLT is hereby approved and adopted as the order of this Court.

Dated: August 23, 2016              /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

#22T2938

Stipulation To Allow Depositions of Experts Beyond Expert Discovery Deadline