CHAIN | COHN | STILES
Matthew C. Clark, Esq. (SBN 218784) | mclark@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388) | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone:     (661) 323-4000
Facsimile:      (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) | dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:     (818) 347-3333
Facsimile:      (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually,<br><br>                              Plaintiffs,<br><br>        v.<br><br>COUNTY OF KERN; DOES 1 through 10,<br><br>                              Defendants. | CASE NO. 1:15-CV-00760-JAM-JLT<br><br>**STIPULATION TO SEAL JOINT PRETRIAL STATEMENT [DOC. 57 & 57-1]; ORDER THEREON** |

WHEREAS, the parties' Joint Pretrial Statement [Doc. 57 and 57-1] was not in compliance with FRCP 5.2 or Local Rule 140 in that the names of the minor Plaintiffs and their dates of birth were contained in the document.

Therefore, the parties, by and through their attorneys of record, stipulate that the Joint Pretrial Statement [Doc. No. 57 and 57-1] be sealed by the Court, and an updated version of the Joint Pretrial Statement be filed in compliance with FRCP 5.2 and Local Rule 140.

DATED: October 26, 2016     CHAIN | COHN | STILES

BY: */s/ Neil K. Gehlawat*
    Matthew C. Clark
    Neil K. Gehlawat
    Attorney for Plaintiff

DATED: October 26, 2016     LAW OFFICES OF DALE K. GALIPO

BY: */s/ Dale K. Galipo*
    Dale K. Galipo
    Attorney for Plaintiff

DATED: October 26, 2016     COUNTY COUNSEL, COUNTY OF KERN

BY: */s/ Andrew Thomson*
    Andrew Thomson
    Attorney for Defendant, COUNTY OF KERN

## **ORDER**

**IT IS HEREBY ORDERED** that Document No. 57 and 57-1 is hereby sealed. The parties are ordered to file an updated version of the Joint Pretrial Statement that is in compliance with FRCP 5.2 and Local Rule 140.

DATED: 10/26/2016     UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA

/s/ John A. Mendez
JOHN A. MENDEZ, United State District Judge