**MARK L. NATIONS, INTERIM COUNTY COUNSEL**
**By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants County of Kern and Deputy Reed**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian *ad litem*, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually;<br>　　　　　　　Plaintiffs,<br>　vs.<br>COUNTY OF KERN; DOES 1 THROUGH 10;<br>　　　　　　　Defendants. | CASE NO. 1:15-CV-00760 JAM-JLT<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE SETTLEMENT /DISMISSAL DOCUMENTS |

**COME NOW** the Parties in this matter, and present this Stipulation for Extension of time to File Settlement/Dismissal Documents.

Plaintiffs, D.G., a minor; D.E.G., a minor; G.D., a minor; by and through their guardian ad litem Denise Bonilla; and Ramona Ramirez Nunez, (hereinafter collectively "Plaintiffs") are jointly represented by Matthew C. Clark and Neil K. Gehlawat of Chain-Cohn-Stiles, and Dale K. Galipo of the Law Offices of Dale K. Galipo.

Stipulation for Extension of time to File Settlement/Dismissal Documents.

1

1     Defendants, County of Kern (hereinafter "County") and Deputy Robert Reed (hereinafter "Reed"), (hereinafter collectively "Defendants") are represented by Andrew C. Thomson, Office of Kern County Counsel.

    Plaintiffs and Defendants are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY STIPULATED:** The Parties have, and continue to, diligently attempted to secure the necessary closing documents and timely arrange annuity payments for the minors. A Release and Settlement Agreement has been prepared by Defendants and executed by Plaintiffs' and their counsel. Plaintiffs' counsel is preparing the minors' compromises, with the annuity information, for the court's approval.

**IT IS RESPECTFULLY REQUESTED:** that the Court issue an Order modifying the Minute Order [Doc. 75] to extend the date for filing of the Settlement/Dismissal documents, by four (4) weeks to May 19, 2017.

Dated: April 21, 2017      **CHAIN-COHN-STILES**

    By  /s/ Neil K. Gehlawat
        Matthew C. Clark
        Neil K. Gehlawat
        Attorneys for Plaintiffs

Dated: April 21, 2017      **MARK L. NATIONS, INTERIM COUNTY COUNSEL**

    By  /s/ Andrew C. Thomson
        Andrew C. Thomson, Deputy
        Attorneys for Defendants County of
        Kern and Deputy Reed

**IT IS SO ORDERED.**

Dated: April 21, 2017      /s/ John A. Mendez
        **HON. JOHN A. MENDEZ**
        UNITED STATES DISTRICT COURT JUDGE

#2365518

Stipulation for Extension of time to File Settlement/Dismissal Documents.