CHAIN | COHN | STILES
Matthew C. Clark, Esq. (SBN 218784) | mclark@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388) | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone:     (661) 323-4000
Facsimile:     (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) | dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:     (818) 347-3333
Facsimile:     (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>COUNTY OF KERN; DOES 1 through 10,<br><br>      Defendants. | CASE NO. 1:15-CV-00760-JAM-JLT<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL; ORDER THEREON** |

**COME NOW** the Parties in this matter, and present this Stipulation for Extension of Time to File Dismissal.

Plaintiffs are represented by Matthew C. Clark and Neil K. Gehlawat of Chain | Cohn | Stiles, and Dale K. Galipo of the Law Offices of Dale K. Galipo.

Defendants are represented by Andrew C. Thomson, Office of Kern County Counsel.

**IT IS HEREBY STIPULATED:**

1. The current date for filing a dismissal is May 19, 2017.
2. On May 12, 2017, Plaintiffs filed a Petition for Order Approving Compromise of the Claims of the Minor Plaintiffs. (Doc. 78).
3. The hearing for Plaintiffs' Petition is scheduled to occur on June 20, 2017 at 1:30 p.m.
4. In light of the June 20, 2017 hearing, the Parties request that the Court issue an Order modifying the Minute Order [Doc. 77] to extend the date for filing of the Dismissal by six (6) weeks to June 30, 2017.

DATED: May 17, 2017     CHAIN | COHN | STILES

      */s/ Neil K. Gehlawat*
BY: _____
    Matthew C. Clark
    Neil K. Gehlawat
    Attorney for Plaintiff

DATED: May 17, 2017     LAW OFFICES OF DALE K. GALIPO

      */s/ Dale K. Galipo*
BY: _____
    Dale K. Galipo
    Attorney for Plaintiff

DATED: May 17, 2017     COUNTY COUNSEL, COUNTY OF KERN

      */s/ Andrew Thomson*
BY: _____
    Andrew Thomson
    Attorney for Defendant, COUNTY OF KERN

# **ORDER**

**IT IS HEREBY ORDERED** that the Minute Order [Doc. 77] is extended for the filing of the Dismissal by six (6) weeks to June 30, 2017.

DATED: 5/18/2017                UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF CALIFORNIA


                                /s/ John A. Mendez_____
                                JOHN A. MENDEZ, United State District Court Judge