CHAIN | COHN | STILES
Matthew C. Clark, Esq. (SBN 218784) | mclark@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388) | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) | dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually,<br><br>          Plaintiffs,<br><br>  v.<br><br>COUNTY OF KERN; DOES 1 through 10,<br><br>          Defendants. | CASE NO. 1:15-CV-00760-JAM-JLT<br><br>**STIPULATION TO SEAL PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIMS OF PLAINTIFFS D.G., D.E.G, AND G.D, MINORS [DOC. 78, 78-1 THROUGH 78-6]; ORDER THEREON** |

///

WHEREAS, Plaintiffs' Petition for Order Approving Compromise of the Claims of Plaintiffs D.G., D.E.G, and G.D, minors [Doc. 78, 78-1 through 78-6] was not in compliance with FRCP 5.2 or Local Rule 140 in that the names of the minor Plaintiffs and their dates of birth were contained in the document.

Therefore, the parties, by and through their attorneys of record, stipulate that the Petition for Order Approving Compromise of the Claims of Plaintiffs D.G., D.E.G, and G.D, minors [Doc. 78, 78-1 through 78-6] be sealed by the court, and an updated version of the Petition for Order Approving Compromise of the Claims of Plaintiffs D.G., D.E.G, and G.D, minors, be filed in compliance with FRCP 5.2 and Local Rule 140.

DATED: May 17, 2017　　　　CHAIN | COHN | STILES

BY: */s/ Neil K. Gehlawat*
　　Matthew C. Clark
　　Neil K. Gehlawat
　　Attorney for Plaintiff

DATED: May 17, 2017　　　　LAW OFFICES OF DALE K. GALIPO

BY: */s/ Dale K. Galipo*
　　Dale K. Galipo
　　Attorney for Plaintiff

DATED: May 17, 2017　　　　COUNTY COUNSEL, COUNTY OF KERN

BY: */s/ Andrew Thomson*
　　Andrew Thomson
　　Attorney for Defendant, COUNTY OF KERN

///

///

///

///

///

# ORDER

**IT IS HEREBY ORDERED** that Document No. 78, 78-1 through 78-6 is hereby sealed. The parties are ordered to file an updated version of the Petition for Order Approving Compromise of the Claims of Plaintiffs D.G., D.E.G, and G.D, minors that is in compliance with FRCP 5.2 and Local Rule 140.

DATED: 5/18/2017	UNITED STATES DISTRICT COURT
	EASTERN DISTRICT OF CALIFORNIA


	/s/ John A. Mendez_____
	JOHN A. MENDEZ, United State District Court Judge