CHAIN | COHN | STILES
Matthew C. Clark, Esq. (SBN 218784) | mclark@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388) | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone:    (661) 323-4000
Facsimile:    (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) | dalekgalipo@yahoo.com
Thomas C. Seabaugh, Esq. (SBN 272458) | tseabaugh@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased;<br>D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased;<br>G.D., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased;<br>RAMONA RAMIREZ NUNEZ, individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN; DOES 1 THROUGH 10,<br><br>            Defendants. | CASE NO. 1:15-CV-00760-JAM-JLT<br><br>[~~PROPOSED~~] *JAM* ORDER APPROVING COMPROMISE FOR MINORS D.G., D.E.G and G.D.<br><br>**DATE:    June 20, 2017**<br>**TIME:    1:30 P.M.**<br>**CRTRM: Robert T. Matsui US**<br>**            Courthouse**<br>**            501 I Street**<br>**            Courtroom 6, 14th Floor**<br>**            Sacramento, CA 95814**<br><br>Judge: Hon. John A. Mendez |

-1-

The Petition of Denise Bonilla, as Guardian ad Litem for Plaintiffs, D.G., D.E.G, and G.D., minors, for an Order approving Compromise of the Claim of Plaintiffs, D.G., D.E.G. and G.D. came on regularly for hearing on June 20, 2017 at 9:30 a.m., in Courtroom 6, 14th Floor of the Robert T. Matsui United States Courthouse located at 501 I Street, Sacramento, California before the Honorable Judge, John A. Mendez.

Neil K. Gehlawat appeared on behalf of Plaintiffs, D.G., D.E.G. and G.D. who were present with petitioner, Denise Bonilla, their guardian ad litem. There was no appearance by anyone on behalf of Defendants.

No opposition having been submitted by Defendants, and good cause appearing therefore,

**IT IS HEREBY STIPULATED:**

1. Defendant County of Kern agrees to pay the combined sum of $400,000.00 (hereinafter "settlement money") on behalf of all defendants County of Kern and Deputy Robert Reed in consideration of a full and final release and discharge of and from all claims, charges, and demands of Plaintiffs, D.G., D.E.G. and G.D. arising from this action. Petitioner is hereby authorized and directed to execute and deliver to defendants a full, complete, and final release and discharge of and from any and all claims and demands of herself and Plaintiffs, D.G, D.E.G, and G.D. by reason of the incident described herein and resulting injuries, upon receipt of the settlement money.

2. From the above settlement money, the County of Kern agrees to pay $55,000.00 for the purchase of an annuity on behalf of plaintiff, D.G., with a guaranteed benefit of $70,462.87, as more fully described in the Settlement Proposal attached hereto as **Exhibit "A"**. The parties have arranged for the purchase of a tax-free structured settlement annuity policy for D.G. from Metropolitan Life Insurance Company through broker Tom Stevenson of Atlas Settlements. The defendants County of Kern and Deputy Robert Reed (hereinafter collectively referred to as "County") agree to execute a Settlement Agreement and Release and execute a "Qualified Assignment" of their obligation to make periodic payments pursuant thereto in compliance with I.R.C. Section 104(a)(2) and Section 130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

-2-
[PROPOSED] ORDER APPROVING COMPROMISE FOR MINORS D.G., D.E.G and G.D.

Metlife Tower Resources Group ("Assignee"). Upon doing so, the County will no longer be obligated to make further periodic payments and the Assignee will be the plaintiff's sole obligor with respect to the future periodic payments. Assignee shall purchase a structured settlement annuity for $55,000.00 through Metropolitan Life Insurance Company, which is rated A+, Class 15 through A.M. Best Insurance Rating Service. The payments shall be assigned to Metlife Tower Resources Group, Inc. by way of a Qualified Assignment by the County. The payments will be guaranteed through the issuance of a Letter of Guarantee from Metlife Tower Resources Group, assumed under the Qualified Assignment. In accordance with the structured settlement agreement, the assignee will fund the obligation to make payments through the purchase of an Annuity from Metropolitan Life Insurance Company. Said annuity shall provide guaranteed periodic payments (subject to annuity rates in effect at the time of purchase) made according to the schedule found in the Settlement Proposal attached hereto as **Exhibit "A"**.

Such assignment shall be accepted by the Plaintiff without right of rejection and shall completely release and discharge the Defendants from such obligations hereunder as are assigned to Assignee(s).

No part of the said $55,000.00 may be paid to the Petitioner Denise Bonilla and this court having determined that a tax-free structured settlement is in the best interest of the minor. D.G. by and through his guardian ad litem, Denise Bonilla, is authorized to settle this claim on behalf of D.G. and receive and negotiate funds on behalf of the minor. No bond shall be required of D.G., by and through her guardian ad litem, Denise Bonilla. Receipt of purchase of annuity is to be filed with the Court within sixty (60) days.

3. From the above settlement money, the County of Kern agrees to pay $55,000.00 for the purchase of an annuity on behalf of plaintiff, D.E.G., with a guaranteed benefit of $73,526.87, as more fully described in the Settlement Proposal attached hereto as **Exhibit "B"**. The parties have arranged for the purchase of a tax-free structured settlement annuity policy for D.E.G. from Metropolitan Life Insurance Company through broker Tom Stevenson of Atlas Settlements. The Defendants County of Kern and Deputy Robert Reed (hereinafter collectively referred to as "County") agree to

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

execute a Settlement Agreement and Release and execute a "Qualified Assignment" of their obligation to make periodic payments pursuant thereto in compliance with I.R.C. Section 104(a)(2) and Section 130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to Metlife Tower Resources Group Inc. ("Assignee"). Upon doing so, County will no longer be obligated to make further periodic payments and the Assignee will be the plaintiff's sole obligor with respect to the future periodic payments. Assignee shall purchase a structured settlement annuity for $55,000.00 through Metropolitan Life Insurance Company, which is rated A+, Class 15 through A.M. Best Insurance Rating Service. The payments shall be assigned to Metlife Tower Resources Group, Inc. by way of a Qualified Assignment by the Defendants County of Kern. The payments will be guaranteed through the issuance of a Letter of Guarantee from Metropolitan Life Insurance Company, assumed under the Qualified Assignment. In accordance with the structured settlement agreement, the assignee will fund the obligation to make payments through the purchase of an Annuity from Metropolitan Life Insurance Company. Said annuity shall provide guaranteed periodic payments (subject to annuity rates in effect at the time of purchase) made according to the schedule found in the Settlement Proposal attached hereto as **Exhibit "C"**. Such assignment shall be accepted by the Plaintiff without right of rejection and shall completely release and discharge the Defendant from such obligations hereunder as are assigned to Assignee(s).

No part of the said $55,000.00 may be paid to the Petitioner Denise Bonilla and this court having determined that a tax-free structured settlement is in the best interest of the minor D.E.G., by and through her guardian ad litem, Denise Bonilla, is authorized to settle this claim on behalf of D.E.G. and receive and negotiate funds on behalf of the minor. No bond shall be required of D.E.G., by and through her guardian ad litem, Denise Bonilla. Receipt of purchase of annuity is to be filed with the Court within sixty (60) days.

4. From the above settlement money, the County of Kern agrees to pay $55,000.00 for the purchase of an annuity on behalf of plaintiff, G.D., with a guaranteed benefit of $64,039.69, as more fully described in the Settlement Proposal attached hereto as

-4-

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

1  **Exhibit "C"**. The parties have arranged for the purchase of a tax-free structured settlement
2  annuity policy for G.D. from Metropolitan Life Insurance Company through broker Tom
3  Stevenson of Atlas Settlements. The defendants County Of Kern, and Deputy Robert Reed
4  (hereinafter collectively referred to as "County") agree to execute a Settlement Agreement
5  and Release and execute a "Qualified Assignment" of their obligation to make periodic
6  payments pursuant thereto in compliance with I.R.C. Section 104(a)(2) and Section
7  130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to
8  Metlife Tower Resources Group, Inc. ("Assignee"). Upon doing so, the defendants will no
9  longer be obligated to make further periodic payments and the Assignee will be the plaintiff's
10 sole obligor with respect to the future periodic payments. Assignee shall purchase a structured
11 settlement annuity for $55,000.00 through Metropolitan Life Insurance Company, which is rated
12 A+, Class 15 through A.M. Best Insurance Rating Service. The payments shall be assigned to
13 Metlife Tower Resources Group, Inc. by way of a Qualified Assignment by the Defendants
14 County. The payments will be guaranteed through the issuance of a Letter of Guarantee from
15 Metropolitan Life Insurance Company assumed under the Qualified Assignment. In accordance
16 with the structured settlement agreement, the assignee will fund the obligation to make payments
17 through the purchase of an Annuity from Metropolitan Life Insurance Company. Said annuity
18 shall provide guaranteed periodic payments (subject to annuity rates in effect at the time of
19 purchase) made according to the schedule found in the Settlement Proposal attached hereto as
20 Exhibit "D". Such assignment shall be accepted by the Plaintiff without right of rejection and
21 shall completely release and discharge the Defendant from such obligations hereunder as are
22 assigned to Assignee(s).

23 No part of the said $55,000.00 may be paid to the Petitioner Denise Bonilla, and this
24 court having determined that a tax-free structured settlement is in the best interest of the
25 minor. G.D., by and through her guardian ad litem, Denise Bonilla is authorized to settle
26 this claim on behalf of G.D. and receive and negotiate funds on behalf of the minor. No bond
27 shall be required of G.D. by and through her guardian ad litem, Denise Bonilla. Receipt of
28 purchase of annuity is to be filed with the Court within sixty (60) days.

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

-5-
[PROPOSED] ORDER APPROVING COMPROMISE FOR MINORS D.G., D.E.G and G.D.

5.  From the above stated settlement money, the County of Kern agrees to pay the sum of $165,000.00 which shall immediately be paid to Metlife Tower Resources Group, Inc.

6.  From the above stated settlement money, the County of Kern agrees to pay the sum of $235,000.00 to Ramona Ramirez Nunez and Chain Cohn Stiles.

7.  Payment to Chain | Cohn | Stiles and the Law Office of Dale K. Galipo in the sum of $211,350.56 is approved for the payment of attorney fees, costs and reasonable expenses incurred in connection with the prosecution of this action.

THE COURT GRANTS THE PETITION FOR MINORS' COMPROMISE.

IT IS SO ORDERED.

DATED: June 15, 2017

HON. JUDGE JOHN A. MENDEZ