CHAIN | COHN | STILES
Matthew C. Clark, Esq. (SBN 218784) | mclark@chainlaw.com
Neil K. Gehlawat, Esq. (SBN 289388) | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone:   (661) 323-4000
Facsimile:   (661) 324-1352

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) | dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a minor, by and through his guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; D.E.G., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; G.D., a minor, by and through her guardian ad litem, Denise Bonilla, individually and as successor-in-interest to David Garcia, deceased; RAMONA RAMIREZ NUNEZ, individually,<br><br>      Plaintiffs,<br><br> v.<br><br>COUNTY OF KERN; DOES 1 through 10,<br><br>      Defendants. | CASE NO. 1:15-CV-00760-JAM-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

Pursuant to Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint filed on May 14, 2015 be dismissed with prejudice, each party to bear their own attorney fees and costs.

| DATED: | June 28, 2017 | CHAIN | COHN | STILES |

BY: */s/ Neil K. Gehlawat*
_____
Matthew C. Clark
Neil K. Gehlawat
Attorney for Plaintiff

DATED: June 28, 2017            LAW OFFICES OF DALE K. GALIPO

BY: */s/ Dale K. Galipo*
_____
Dale K. Galipo
Attorney for Plaintiff

DATED: June 28, 2017            COUNTY COUNSEL, COUNTY OF KERN

BY: */s/ Andrew Thomson*
_____
Andrew Thomson
Attorney for Defendant, COUNTY OF KERN

# ORDER

As noted above, the parties have stipulated to dismiss this action with prejudice and with each party to bear their own attorney fees and costs. The stipulation relies on Fed. R. Civ. P. 41(a) which provides, "the plaintiff may dismiss an action without a court order by filing: … a stipulation of dismissal signed by all parties who have appeared." … "Fed. R. Civil. P. 41(a). Once such notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of the Court is DIRECTED to close this action in light of the stipulation signed pursuant to Rule 41(a).

IT IS SO ORDERED.

DATED: 6/29/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE